# IN THE UNITED STATES COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DULCE CABRERA, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ROSS STORES OF PENNSYLVANIA, LP, ROSS STORES, INC., ROSS DRESS FOR LESS, INC., ROSS DRESS FOR LESS #506, AND ROSS PENNGEN, INC., | : | No. 13-cv-5218 |
| | : | |
| Defendants. | : | |

## **O R D E R**

AND NOW this 23rd day of November, 2015, for the reasons described in the accompanying Memorandum of Law, having considered the parties briefing on Defendants' oral Motion for Summary Judgment (Doc. Nos. 61 and 64), it is **ORDERED** that:

1. Defendants' Motion for Summary Judgment is **GRANTED**, and Plaintiff's claims are **DISMISSED** with prejudice.

2. The Clerk shall mark the file closed.

3. Plaintiff has the right to appeal this decision. Pursuant to Rule 4 of the Federal Rules of Appellate Procedure, Plaintiff may appeal this decision by filing a Notice of Appeal with the Clerk's Office within thirty (30) days of the date that judgment is entered. Plaintiff may refer to Rule 3 of the Federal Rules of Appellate

Procedure for direction as to the process for filing a Notice of Appeal, and for information as to the correct of a Notice of Appeal.

SO ORDERED.

_s/Richard A. Lloret_____
RICHARD A. LLORET
U.S. Magistrate Judge